THE HONORABLE J. KELLEY ARNOLD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| ARMONDO SHELBY,<br><br>        Petitioner,<br><br>  v.<br><br>KENNETH QUINN,<br><br>        Respondent. | NO. C07-5466BHS<br><br>ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION OF TIME FOR RESPONDENT TO FILE AN ANSWER |

The Court, having considered the stipulated motion for an extension of time, the Declaration of John Samson, and the records and files herein, does hereby find and ORDER:

1. The stipulated motion for an extension of time to December 21, 2007 for Respondent to file an answer to the petition for a writ of habeas corpus is GRANTED.

2. The Clerk shall send uncertified copies of this Order to counsel for the Petitioner and to counsel for the Respondent.

DATED this  7th   day of  November        , 2007.

                         */s/ J. Kelley Arnold*
                         J. KELLEY ARNOLD
                         United States Magistrate Judge