THE HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARMONDO SHELBY,<br><br>    Petitioner,<br><br>vs.<br><br>KENNETH QUINN,<br><br>    Respondent. | No. C07-5466BHS/JKA<br><br>ORDER ON STIPULATION TO RE-NOTE CONSIDERATION OF HABEAS CORPUS PETITION<br><br>NOTED FOR: January 8, 2008 |

This Court, having reviewed the Stipulation by the parties, hereby agrees that in the interest of judicial economy the Court will continue the due date for Shelby's reply to January 31, 2008 and re-note this matter for February 8, 2008.

DATED this 9th day of January, 2008.

/s/ J. Kelley Arnold
The Honorable J. Kelley Arnold
United States Magistrate Judge

ORDER ON STIPULATION - 1

LAW OFFICE OF SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
(206) 623-0291
FAX (206) 623-2186