# United States District Court

WESTERN DISTRICT OF WASHINGTON

ARMONDO SHELBY

      v.

KENNETH QUINN

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5466BHS

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court **ADOPTS in part** the Report and Recommendation of the Honorable J. Kelley Arnold, Chief United States Magistrate Judge (Dkt. 19), the petition for writ of habeas corpus (Dkt. 1) is **DENIED**, and the Court grants a certificate of appealability as provided herein.


  August 18, 2008                                             BRUCE RIFKIN
Date                                                                         Clerk

                                                                                                     *s/CM Gonzalez*
                                                                                                 Deputy Clerk